IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHEILA Y. GRIFFIN,

    Plaintiff,

vs.                                             4:04cv63-RH/WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

    This cause is before the court upon Defendant's status report, doc. 23. Defendant advises that the ALJ issued an unfavorable decision on May 19, 2005. Plaintiff had 30 days to file exceptions and the Appeals Council has 60 days to assume jurisdiction of this case.

    Accordingly, it is **ORDERED** that the Defendant shall file a notice by **August 31, 2005,** advising the Court the status of the administrative proceedings on remand.

    **DONE AND ORDERED** on June 23, 2005.

                                      S/ William C. Sherrill, Jr.
                                      **WILLIAM C. SHERRILL, JR.**
                                      **UNITED STATES MAGISTRATE JUDGE**