IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHEILA Y. GRIFFIN,

    Plaintiff,

vs.                                                     4:04cv63-RH/WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

    This cause is before the court upon Defendant's status report, doc. 28. Defendant advises that this case has been referred to the Appeals Council and is currently pending Appeals Council review.

    Accordingly, it is **ORDERED** that the Defendant shall file a notice by **February 22, 2006,** advising the Court the status of the administrative proceedings on remand.

    **DONE AND ORDERED** on December 22, 2005.

                                                  S/ William C. Sherrill, Jr.
                                               **WILLIAM C. SHERRILL, JR.**
                                               **UNITED STATES MAGISTRATE JUDGE**