# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SHEILA Y. GRIFFIN,**

    **Plaintiff,**

**vs.**                                             **4:04cv63-RH/WCS**

**MICHAEL J. ASTRUE**
**Commissioner of Social Security,**

    **Defendant.**

_____/

## REPORT AND RECOMMENATION

    This cause is before the court upon Plaintiff's status report filed April 7, 2009, doc. 73. Plaintiff has advised the court that his client, Sheila Y. Griffin, recently died and there does not appear to be anyone who could receive benefits on behalf of the Plaintiff. Plaintiff has moved for dismissal of her complaint. Doc. 73.

    Accordingly, it is **RECOMMENDED** that Plaintiff's motion for voluntary dismissal of the complaint **be GRANTED** and Plaintiff's complaint be **DISMISSED**.

    **IN CHAMBERS** at Tallahassee, Florida, on April 8, 2009.

                                     s/    William C. Sherrill, Jr.
                                     **WILLIAM C. SHERRILL, JR.**
                                     **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**