# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SHEILA Y. GRIFFIN,

    Plaintiff,

v.                                        CASE NO. 4:04cv63-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 74). Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion to voluntarily dismiss (document 73) is GRANTED. The clerk must enter judgment stating, "The case is DISMISSED." The clerk must close the file.

SO ORDERED on May 19, 2009.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge